E-FILED
Friday, 07 February, 2020 08:10:28 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

FEB - 6 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br><br>JEREMIAH M. CHANCE<br>*Defendant(s)* | )<br>)<br>)  Case No.  20-MJ- 6016<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 6, 2020__ in the county of __Peoria__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922(g) | defendant herein, having knowingly been previously convicted under the laws of the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

s/Kevin D. Brown

*Complainant's signature*

KEVIN BROWN, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

s/Jonathan E. Hawley

Date: 02/06/2020

*Judge's signature*

City and state:  Peoria, Illinois   Jonathan E. Hawley, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# IN SUPPORT OF CRIMINAL COMPLAINT

I. **Background**

I, Special Agent Kevin Brown, (hereinafter "Your Affiant"), do hereby depose and state the following:

1. Your Affiant is a Special Agent of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"). Your Affiant has been a law enforcement officer since April 2009.

2. This affidavit is submitted in support of a criminal complaint alleging that Jeremiah M. CHANCE violated Title 18, United States Code, Section 922(g) (Felon in Possession of a Firearm).

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. The statements contained within this Affidavit are based on: (a) my personal participation in this investigation; (b) information provided to me by other federal, state, and local law enforcement officers; (c) my training and experience and the training and experience of other law enforcement agents with whom I have spoken.

1

## II. Summary

5. On February 5, 2020, your affiant obtained a federal search warrant for Jeremiah Chance's person, residence and vehicle.

6. On February 6, 2020, ATF and Peoria Police conducted surveillance at Chance's residence. Chance was observed leaving the residence and was approached by ATF and Peoria Police on Griswold Street. Chance fled on foot, but was taken into custody a short time later. Chance had a firearm on his person when he was taken into custody.

7. The firearm located on Chance's person is further described as a SCCY, Model CPX-1, 9mm pistol, SN: 045472.

8. Record checks indicate that CHANCE has been previously convicted of a crime punishable by more than one year in prison.

9. The firearm possessed by CHANCE was manufactured outside of the state of Illinois.

s/Kevin D. Brown

Kevin D. Brown, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn and subscribed before me on this 6th day of February, 2020 at 4:17pm (Central Standard Time).

s/Jonathan E. Hawley

Jonathan E. Hawley
United States Magistrate Judge
Peoria, Illinois